McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorneys
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 6:08-mj-00015-WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE GOVERNMENT'S |
| | ) | RESPONSE TO DEFENSE MOTIONS |
| ADAM DAVID RICKCLEF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff and DOUGLAS BEEVERS, attorney for Defendant, that, the government has requested additional time to file its response. The parties hereby stipulate that the government's response shall be continued until **March 28, 2008.** The parties further stipulate that the attorney for the defendant will have until **March 31, 2008** to file a response.

Dated: March 13, 2008                              Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney


                                                    By /s/ Mark J. McKeon
                                                    MARK J. McKEON
                                                    Assistant U.S. Attorney

Dated: March 13, 2008                         By   /s/ Douglas Beevers
                                              DOUGLAS BEEVERS
                                              Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

   **Dated:   March 13, 2008**                      **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE