DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADAM RICKLEF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00216 AWI |
| *Plaintiff,* | (Mag. No. 6:08-mj-0015 WMW) |
| v. | REQUEST FOR VOLUNTARY DISMISSAL; APPELLANT'S CONSENT TO DISMISSAL; ORDER |
| ADAM RICKLEF, | |
| *Defendant.* | |

Defendant, Adam Ricklef, appealed a DNA collection term of probation order issued by the Honorable Gary A. Austin, United States Magistrate Judge. The matter has been assigned to the docket of the Honorable Anthony W. Ishii for appeal. After reaching a stipulation with the government removing that probationary term, the defense requests that the appeal be dismissed.

DATED: July 3, 2008

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Charles J. Lee
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorneys for Defendant

**APPELLANT'S CONSENT TO DISMISSAL**

I have fully discussed my appeal with my attorney and I hereby consent to dismissal of my appeal.

DATED: July 3, 2008                     /s/ Adam Ricklef
                                        ADAM RICKLEF

**O R D E R**

The appeal having been voluntarily dismissed, Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                    /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE